IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT THOM,** | 2:05-cv-0872 LKK PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **M PEREZ, et al,** | |
| Defendants. | |

Defendants' first request for an extension of time to file and serve their response to Plaintiff's complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have to and including September 20, 2006, within which to file a response to Plaintiff's complaint.

DATED: July 26, 2006.

_[signature]_
UNITED STATES MAGISTRATE JUDGE

/001; thom0872.eot