IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT THOM,** | 2:05-cv-0872 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **M PEREZ, et al,** | |
| Defendants. | |

Defendants' second request for an extension of time to file and serve their response to plaintiff's complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that defendants' September 22, 2006, request is granted and defendants shall file and serve a response to the complaint no later than November 4, 2006.

DATED: September 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE