1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT THOM,

11            Plaintiff,                    No. CIV S-05-0872 LKK EFB P

12       vs.

13   M. PEREZ, et al.,

14            Defendants.            ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He requests an extension of time to file an opposition to defendants'

18   November 6, 2006, motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

19        Plaintiff's November 16, 2006, request is granted, and plaintiff has 30 days from the date

20   this order is served to file an opposition to the motion to dismiss.

21        So ordered.

22   Dated:  November 30, 2006.

23

24                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26