1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT THOM,

11              Plaintiff,              No. CIV S-05-0872 LKK EFB P

12         vs.

13   M. PEREZ, et al.,

14              Defendants.             <u>ORDER</u>

15   _____/

16         Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42

17   U.S.C. § 1983.  On September 10, 2007, a prisoner who is not a party to this action notified the

18   court that plaintiff is deceased.  If true, it appears that this is an action that would not survive

19   plaintiff's death.  The court declines to proceed with this action until either there is a notice of

20   suggestion of death on the record pursuant to Rule 25 of the Federal Rules of Civil Procedure, or

21   a showing that plaintiff is not deceased.

22         Accordingly, it is ORDERED that:

23         1.  Defendants shall, within 30 days of the date this order is served, determine whether

24   plaintiff is deceased and if he is, file a proper notice pursuant to Rule 25 of the Federal Rules of

25   Civil Procedure; and

26   ////

1

1        2.  This case is stayed until the court resolves the question of whether plaintiff is

2   deceased.

3   Dated:   September 21, 2007.

4   _____

    EDMUND F. BRENNAN

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26