1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT THOM,

11              Plaintiff,                    No. CIV S-05-0872 LKK EFB P

12        vs.

13   M. PEREZ, et al.,
                                             ORDER AND
14                                           FINDINGS AND RECOMMENDATIONS
                Defendants.
15   _____/

16        On May 30, 2005, plaintiff commenced this action seeking relief for alleged civil rights

17   violations.  *See* 42 U.S.C. § 1983.  On September 14, 2007, a fellow prisoner notified the court

18   that plaintiff was deceased.  Therefore, on September 21, 2007, the court stayed this action and

19   directed defendants to determine whether this was in fact true, and if so to file a notice of

20   suggestion of death as required by Rule 25 of the Federal Rules of Civil Procedure.  On

21   September 26, 2007, defendants filed a notice of suggestion of death.  Once such a notice is

22   filed, a person who wishes to substitute for the deceased has 90 days to file a motion to be

23   substituted as the plaintiff.  Fed. R. Civ. P. 25(a)(1).  Dismissal is mandatory if no such motion is

24   filed within the 90-day period.  *Id.*

25        The court finds that 90 days have passed since defendants filed the notice, and no motion

26   for substitution has been filed.

                                              1

1          Accordingly, it is hereby ORDERED that the stay is lifted.

2          Further, it is hereby RECOMMENDED that this action be dismissed.

3          These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

5    after being served with these findings and recommendations, any party may file written

6    objections with the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10   Dated:   January 10, 2008.

11                                  EDMUND F. BRENNAN
12                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26